**SECRET**
unsealed 3-13-08 ajn

2008 MAR -7 PM 12:58

'08 CR 0682 JLS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| MARISELA CASTRO-JUAREZ (1), MARISA MELENA MAFNAS (2), DAVID MONTES (3), JULIE HERNANDEZ (4), RANDAL MARK PANTER (5), LORENZO PECORARO (6), JOSE PARADA-VELAZQUEZ (7), JOHN WALTER SCHUH (8), | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Marisa Melena Mafnas</u>, Criminal Case No. 08CR0306-JLS.

DATED: March 7, 2008.

KAREN P. HEWITT
United States Attorney

STEVE MILLER
Assistant U.S. Attorney