| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | STEVE MILLER<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 138020<br>Federal Office Building |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Tel: (619) 557-5432<br>E-mail: stephen.miller@usdoj.gov |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08cr0682-JLS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF LIS PENDENS |
| v. | ) | FOR PROPERTY LOCATED AT |
| | ) | 1514 AMADOR STREET, |
| MARISELA CASTRO-JUAREZ (1), | ) | CHULA VISTA, CA |
| MARISA MELENA MAFNAS (2), | ) | |
| DAVID MONTES (3), | ) | |
| JULIE HERNANDEZ (4), | ) | |
| RANDAL MARK PANTER (5), | ) | |
| LORENZO PECORARO (6), | ) | |
| JOSE PARADA-VELAZQUEZ (7), | ) | |
| JOHN WALTER SCHUH (8), | ) | |
| | ) | |
| Defendants. | ) | |

**OWNER OF RECORD:**   MARISELA CASTRO, A Married Woman
As Her Sole and Separate Property

PLEASE TAKE NOTICE that a criminal indictment has been returned in the United States District Court for the Southern District of California against the above-referenced defendants, which indictment also seeks the forfeiture of the defendants' title to, and interest in that real property located at 1514 Amador Street, Chula Vista, California, and all appurtenances affixed thereto. The real property is more particularly described as :

///

///

///

ASSESSORS PARCEL NO. 642-531-13

**Lot 41 of Chula Vista Tract No. 96-04, Otay Ranch Village 1 Neighborhood R-8, in the City of Chula Vista, County of San Diego, State of California, according to map thereof no. 13761, filed in the Office of the County Recorder of San Diego County on April 16, 1999 as Instrument no. 99-257169 of official records.**

Upon conviction, the defendants will be ordered to forfeit to the United States the real property located at 1514 Amador Street, Chula Vista, California, APN 642-531-13, in that said property was proceeds of and was used to facilitate the commission of a violation of Title 8, United States Code, Section 1324(a), thereby subjecting it to forfeiture to the United States pursuant to Title 18, United States Code, Section 982(a)(6).

The owners of record of the above-described property is Marisela Castro.

BE ADVISED THAT upon the entry of an Order of Criminal Forfeiture in favor of the United States, all right, title and interest of the defendants in said property shall vest in the United States back to the date of the commission of the acts giving rise to the forfeiture.

DATED: March 12, 2008

KAREN P. HEWITT
United States Attorney

*/s/ Steve Miller*
STEVE MILLER
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARISELA CASTRO-JUAREZ (1), et al.,<br><br>Defendants. | Case No. 08cr0682-JLS<br><br>CERTIFICATE OF SERVICE BY CERTIFIED MAIL |

IT IS HEREBY CERTIFIED that:

I, Anne Howard, am a citizen of the United States over the age of 18 years and a resident of San Diego County, CA; my business address is 880 Front Street, San Diego, CA 92101-8893; I am not a party to the above-entitled action;

On this date I caused to be deposited in the United States certified mail, in an envelope bearing the requisite postage, a copy of NOTICE OF LIS PENDENS, addressed to Marisela Castro-Juarez, 1514 Amador Street, Chula Vista, CA 91913-1470, the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 12, 2008.

_____
ANNE HOWARD