# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.    CASTRO JUAREZ                    [1]        08CR0682-JLS

MAFNAS                        [2]    PANTER                        [5]

PARADA-VELAZQUEZ              [7]    SCHUH                         [8]

The Honorable:        ANTHONY J.
                      BATTAGLIA

Atty    VICTOR PIPPINS, FD                         for    [1,5,7,8]    -

AJB08-1: 1046-1103

Ausa: Steve Miller
Federal Defenders, Inc. - (s/a for #1,5,6 & 8)

Attorney Merle Schneidewind (01) (n/a) - Appointed
Attorney Robert Boyce (02) - Appointed
Attorney Joseph Cox (05)(n/a) - Appointed
Attorney Gerald Mcfadden (07)(n/a) - Appointed
Attorney Richard Boesen (08)(n/a) - Appointed

Governments Oral Motion To Unseal Indictment - Granted.

All Defendants Arraigned on  Indictment and Plead Not Guilty

Governments Oral Motion for Detention as to Risk of Flight - (As to dfts #1,5,7 & 8)

Detention Hearing set for 03/18/08 @ 3:00 p.m. before Magistrate Judge Battaglia.

(As to dft #02) - $40,000 p/s Bond posted in #08cr0306-JLS is to apply to
#08cr0682-JLS, subject to an acknowledgment of the sureties of the modification of
the bond, to be submitted by counsel.  Same conditions of bail as previously set in
#08cr0306-JLS are now imposed in #08cr0682-JLS.  Court also modifies condtions of
bail modifying dfts curfew to 10:00pm - 6:00am..

Counsel submitted acknowledgment of sureties.  Abstract order issued for dft Marisa
Melenda-Mafnas fingerprint and release on bond.

Date:    03/13/08                                              by    YMM

END OF FORM

H:\08cr0682.wpd