FID No. 1463253

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

SECRET

08 MAR 26 PM 12: 05

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY

UNITED STATES OF AMERICA

V.

John Walter Schuh (8)

## WARRANT FOR ARREST

**CASE NUMBER:** 08cr0682 JLS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ John Walter Schuh (8) _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:371; 8:1324(a)(2)(B)(ii) - Conspiracy to Bring in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(I) - Conspiracy to Transport Illegal Aliens; 8:1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting; 18:1957 - Engaging in Monetary Transactions in Property Derived from Unlawful Activity; 18:1956(a)(1)(B)(ii) - Laundering of Monetary Instruments; 18:2 Aiding and Abetting; 18:982 - Criminal Forfeiture

In violation of Title _____ See Above _____ United States Code, Section(s)

RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA MAR -7 A 4: 09

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | March 7, 2008   San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____  by  The Honorable Cathy A. Bencivengo

Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | DATE 3/12/08 | |
| DATE OF ARREST | ARRESTED BY S/A Jacobson - ICE | |

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, SDCA
BY [signature]

CLASS II "J"

0303

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

**SECRET**

UNITED STATES OF AMERICA
V.

John Walter Schuh (8)

**WARRANT FOR ARREST**

CASE NUMBER: 08cr0682 JLS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   John Walter Schuh (8)
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:371; 8:1324(a)(2)(B)(ii) - Conspiracy to Bring in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(I) - Conspiracy to Transport Illegal Aliens; 8:1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting; 18:1957 - Engaging in Monetary Transactions in Property Derived from Unlawful Activity; 18:1956(a)(1)(B)(ii) - Laundering of Monetary Instruments; 18:2 Aiding and Abetting; 18:982 - Criminal Forfeiture

In violation of Title   See Above   United States Code, Section(s)

W. Samuel Hamrick, Jr.
Name of Issuing Officer

A. E——  (SEAL)
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

March 7, 2008   San Diego, CA
Date and Location

Bail fixed at $ _____   by   The Honorable Cathy A. Bencivengo
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at   Northrup Grumman (shipyard)
3999 Bayfront St, San Diego, CA

| DATE RECEIVED 3/11/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/12/08 | Carmen Jacobsen, ICE Special Agent | [signature] |